PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-2000
_____

BRITTANY MORROW; EMILY MORROW,
Minors, In Their Own Right, And By Their Parents
and Natural Guardians, Bradley Morrow and Diedre Morrow;
BRADLEY MORROW; DIEDRE MORROW, Individually,
                                                                    Appellants

v.

BARRY BALASKI, Individually;
THE BLACKHAWK SCHOOL DISTRICT

_____

On Appeal from the District Court
for the Western District of Pennsylvania
(No. 2:10-cv-00292)
Chief Magistrate Judge Lisa Pupo Lenihan

_____

Argued on October 10, 2012
Opinion Filed June 5, 2012

Before: McKEE, Chief Judge, SLOVITER, SCIRICA, RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE and NYGAARD, Circuit Judges.

**ORDER AMENDING OPINION**

At the direction of the Court, it is hereby O R D E R E D that the opinion filed June 5, 2013 shall be amended.

Accordingly, the majority opinion is amended as follows:

1.    Judge Ambro's participation is the majority opinion will be changed from "joins Section III B. of the majority only" to "joining in judgment as expressed";

2.    "Fourtheenth" on page 9 of the slip opinion will be changed to "Fourteenth";

3.    The citation to "Fuentes Dissent 18" on page 14 will be changed to "Fuentes Dissent 21";

4.    The citation to "Fuentes Dissent 18" on page 14, footnote 11, will be changed to "Fuentes Dissent 21";

5     The citation to "Fuentes Dissent 18-19" on page 15 will be changed to "Fuentes Dissent 21";

6.    The citation to "Fuentes Dissent 3" on page 15 will be changed to "Fuentes Dissent 3-4";

7.    The citation to "Fuentes Dissent 9" on page 16 will be changed to "Fuentes Dissent 10";

8.    The citation to "Fuentes Dissent 9" on page 16, footnote 13 will be changed to "Fuentes Dissent 10";

9.    The citation to "Fuentes Dissent 3" on page 17 will be changed to "Fuentes Dissent 3-4";

10.   The citation to "Fuentes Dissent 14" on page 17, footnote 14, will be changed to "Fuentes Dissent 16";

11.   The citation to "Fuentes Dissent 10" on page 18 will be changed to "Fuentes Dissent 12-15";

12.   The citation to "Fuentes Dissent 13" on page 20 will be changed to "Fuentes Dissent 14-15";

13.   The citation to "Fuentes Dissent 6 n.3" on page 21 will be changed to "Fuentes Dissent 7 n.3"; and,

14.   The citation to "Fuentes Dissent 24" on page 27 will be changed to "Fuentes Dissent 29."

Judge Ambro's concurring and dissenting opinion is amended as follows:

1.      The citation to "Fuentes Dissent 26 on page 2 will be changed to "Fuentes Dissent 31."

Judge Fuentes's dissenting opinion is amended as follows:

1.      The citation to "Majority Op. at 13" on page 19 will be changed to "Majority Op. at 12"; and,

2.      The citation to "Majority Op. at 26" on page 30 will be changed to "Majority Op. at 27."

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:  June 14, 2013
tmk/cc: Albert A. Torrence, Esq.
        John J. Hare, Attorney